■ In the Matter of LUTHER SWINTON, JR., Appellant, v HOWARD SAFIR, as Police Commissioner of the City of New York, Respondent. [679 NYS2d 813] —Order, Supreme Court, New York County (Carol Arber, J.), entered January 24, 1997, which dismissed the petition, brought pursuant to CPLR article 78,

seeking to annul respondent's determination, dated April 23, 1996, terminating petitioner's employment as a probationary police officer without a hearing, unanimously affirmed, without costs.

Since petitioner failed to present evidence demonstrating that his termination was for a constitutionally impermissible purpose, or that it was accomplished in bad faith or in violation of statutory or decisional law, petitioner was not, as a probationary police officer, entitled to a hearing to test the merits of his termination (*Matter of York v McGuire,* 63 NY2d 760; *Matter of Simpson v Abate,* 213 AD2d 190). Moreover, the record reveals that there was a rational basis for petitioner's termination (*Matter of Simpson v Abate, supra*). Petitioner has also failed to establish his entitlement to a name-clearing hearing (*see, Bishop v Wood,* 426 US 341; *Matter of Lentlie v Egan,* 61 NY2d 874). Concur—Ellerin, J. P., Williams, Mazzarelli and Saxe, JJ.